UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. <br> MOUNT HAMILTON PARTNERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GROUPON, INC. <br><br> Defendant. | Case No.: 3:12-CV-1698-SI <br><br> ~~(PROPOSED)~~ ORDER GRANTING CONTINUANCE OF THE TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES <br><br> Case No. 3:12-CV-1700-SI |

Before the Court is the parties' Stipulated Request to Continue the Tutorial and Claim Construction hearing dates in the above-referenced cases. Having considered the matter and that it is jointly requested, the Court GRANTS the request and continues the Tutorial to May 8, 2013, at 3:30 p.m. and the Claim Construction hearing to May ~~9,~~ 15, 2013, at 3:30 p.m.

Dated: __3/20_____, 2013     _____
Honorable Susan Illston
United States District Court Judge