UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOUNT HAMILTON PARTNERS,

Plaintiff(s),

v.

GROUPON, INC.

Defendant(s).

Case No: 12-CV-1700-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James G. Gatto, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Mount Hamilton Partners in the above-entitled action. My local co-counsel in this case is Callie A. Bjurstrom, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1650 Tysons Boulevard<br>McLean, VA 22102-4856 | 501 West Broadway, Suite 1100<br>San Diego, CA 92101 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (703) 770-7754 | (619) 544-3107 |
| My email address of record: | Local co-counsel's email address of record: |
| james.gatto@pillsburylaw.com | callie.bjurstrom@pillsburylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 419163.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare     penalty of perjury that the foregoing is true and correct*.

05/01/13

James G. Gatto
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James G. Gatto is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/25/13

Susan Illston
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE