James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
Adrian Shin (CA State Bar No. 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER CONTINUING FURTHER CASE<br>MANAGEMENT CONFERENCE<br><br>[Civ. L.R. 6-2 & 7-12] |

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("MHP" or "Plaintiff") and Defendant Groupon, Inc. ("Groupon"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Further Case Management Conference, for the following reasons:

    1.    Pursuant to this Court's January 22, 2014 Notice Continuing Further Case Management Conference (Dkt. No. 101), the parties are scheduled to participate in a Further Case Management Conference on February 26, 2014.

    2.    Due to scheduling conflicts, counsel for Groupon and MHP are both unavailable on February 26, 2014.  Counsel for Plaintiff and Groupon join in the request for continuing the date for the Further Case Management Conference to the next available date on the Court's calendar.

    3.    Accordingly, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from February 26 to March 14, 2013 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar.  The requested continuance does not affect any other deadline ordered by the Court.

Dated: February 10, 2014

By:    */s/  Khurram Nasir Gore*
       JAMES T. HULTQUIST
       KHURRAM NASIR GORE
       ADRIAN SHIN

Attorneys for Plaintiff
GROUPON, INC.

Dated:  February 10, 2014

By:    */s/ Jenna F. Karadbil*
       CALLIE A. BJURSTROM
       JENNA F. KARADBIL

Attorneys for Defendant
MOUNT HAMILTON PARTNERS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____Feb 11____, 2014

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

### SIGNATURE ATTESTATION

I, Khurram Nasir Gore, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: February 10, 2014                REED SMITH LLP

                                        By: */s/ Khurram Nasir Gore*
                                            Khurram Nasir Gore
                                            Attorneys for Defendant
                                            GROUPON, INC.

- 3 -    Case No. C-12-1700
STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| James T. Hultquist (pro hac vice)<br>jhultquist@reedsmith.com<br>Khurram N. Gore (pro hac vice)<br>Adrian Shin (CA State Bar No. 256960)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391.8269<br><br>Attorneys for Defendant<br>GROUPON, INC. | Jenna F. Karadbil<br>jfk@pillsburylaw.com<br>California State Bar No. 213574<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>1540 Broadway<br>New York, New York 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br><br>Callie A. Bjurstrom<br>callie.bjurstrom@pillsburylaw.com<br>California State Bar No. 137816<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>501 West Broadway<br>San Diego, California 92101<br>Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995<br><br>Attorneys for Plaintiff<br>MOUNT HAMILTON PARTNERS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>GROUPON, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>**DECLARATION OF KHURRAM NASIR GORE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Civ. L.R. 6-2 & 7-12] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I, Khurram Nasir Gore, declare:

1. I am an associate with Reed Smith LLP, counsel for Defendant Groupon, Inc. ("Groupon"), in the above-captioned action.  The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief.  If called upon I could and would testify competently thereto.

2. Pursuant to this Court's January 22, 2014 Notice Continuing Further Case Management Conference (Dkt. No. 101), the parties are scheduled to participate in a Further Case Management Conference on February 26, 2014.

3. Counsel for Groupon is unavailable on February 26, 2014.

4. I have conferred with counsel for Plaintiff Mount Hamilton Partners, LLC ("MHP"), and counsel for MHP is also unavailable on February 26, 2014.

4. Accordingly, the parties hereby stipulate to and request the Court to continue the Further Case Management Conference from February 26 to March 14, 2014 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar.  The requested continuance does not affect any other deadline ordered by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED:  February 10, 2014.

By */s/ Khurram Nasir Gore*
    Khurram Nasir Gore

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -   Case No. C-12-1700

DECLARATION OF GORE IN SUPPORT STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER CASE MANAGEMENT CONFERENCE