James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
Adrian Shin (CA State Bar No. 256960)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

Jenna F. Karadbil
jfk@pillsburylaw.com
California State Bar No. 213574
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>   Plaintiff/Counterdefendant,<br><br>   v.<br><br>GROUPON, INC.,<br><br>   Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>**JOINT STIPULATION REGARDING DISCOVERY COORDINATION AND [PROPOSED] ORDER** |

-2-

1    **JOINT STIPULATION REGARDING DISCOVERY COORDINATION**

2    Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton") and Defendant Groupon, Inc.
3    ("Groupon"), for the purpose of facilitating mutual discovery, respectfully request that this Court
4    enter the following order as stipulated to by Mount Hamilton and Groupon in this action.

5

6    **STIPULATION**

7    WHEREAS, the parties in this action have agreed to measures to coordinate discovery and
8    reduce duplication and inefficiency;

9    WHEREAS, the parties in the related action, *Mount Hamilton partners, LLC v. Google Inc.*,
10   Case No. 3:12-1698-SI (N.D. Cal.), recorded by stenographic and video means the depositions of
11   Mr. Dazhi Chen and Ms. Elayna Berean, each a named inventor of the patent asserted by Mount
12   Hamilton in this action;

13   NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that Groupon will be
14   allowed to use at trial in this action the depositions of Mr. Chen and Ms. Berean in the matter of
15   *Mount Hamilton partners, LLC v. Google Inc.*, Case No. 3:12-1698-SI (N.D. Cal.), as if those
16   depositions were transcribed and/or recorded by video in this action.

17   /
18   /
19   /
20   /
21   /
22   /
23   /
24   /
25   /
26   /
27   /
28

1  **STIPULATED TO AND PRESENTED BY:**

2  Dated: March 12, 2014

|   |   |
|---|---|
| By: | */s/ Jenna F. Karadbil* |
|     | CALLIE A. BJURSTROM |
|     | JENNA F. KARADBIL |

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

Dated:  March 12, 2014

|   |   |
|---|---|
| By: | */s/ James T. Hultquist* |
|     | JAMES T. HULTQUIST |
|     | KHURRAM NASIR GORE |
|     | ADRIAN SHIN |

Attorneys for Defendant
GROUPON, INC.

1 **[PROPOSED] ORDER**

2    This matter having come before the Court on the Stipulation and joint request of the
3 Parties and good cause having been shown,

4    IT IS SO ORDERED that that Groupon will be allowed to use at trial in this action
5 the depositions of Mr. Dazhi Chen and Ms. Elayna Berean in the matter of *Mount*
6 *Hamilton partners, LLC v. Google Inc.*, Case No. 3:12-1698-SI (N.D. Cal.), as if those
7 depositions were transcribed and/or recorded by video in this action.

9 Dated: ___3/13___, 2014

11 _____
12    HONORABLE SUSAN ILLSTON
     UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

I, Khurram Nasir Gore, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  March 12, 2014

By:   */s/ Khurram Nasir Gore*
      JAMES T. HULTQUIST
      KHURRAM NASIR GORE
      ADRIAN SHIN

      Attorneys for Defendant
      GROUPON, INC.

-5-
Case No. C-12-1700-SI                                                                                        JOINT STIPULATION