Case3:12-cv-01700-SI   Document114   Filed04/09/14   Page1 of 4

Chamber Copy

Jenna F. Karadbil, SB#213574
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
Email  jfk@pillsburylaw.com

Callie A. Bjurstrom, SB#137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA  92101-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995
Email: callie.bjurstrom@pillsburylaw.com

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

James T. Hultquist (*pro hac vice*)
Jennifer Yule DePriest (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
Email: jhultquist@reedsmith.com

Adrian Shin (SB#256960
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269
Email: sshin@reedsmith.com

Attorneys for Defendant
GROUPON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GROUPON INC.,<br><br>　　　　　Defendant. | Case No. 4:12-CV-01700-PJH<br><br>**JOINT [PROPOSED] CASE SCHEDULE** |

　　　　Pursuant to the further Case Management Conference held on March 14, 2014, and the Court's March 17, 2014 Minute Order regarding the same, and the parties' stipulation on March 28, 2014, and the Court's April 1, 2014 Minute Order regarding the same, the parties hereby propose the following case schedule:

| Party | Item | Due Date |
|---|---|---|
| ALL | Deadline to Complete Private Mediation | May 30, 2014 |
| ALL | Deadline to Amend the Pleadings | May 15, 2014 |
| ALL | Status Conference | June 27, 2014 3:00 pm |
| ALL | Designation of Expert Witnesses by the party who has the burden on the issue on which the expert will testify | July 15, 2014 |
| ALL | Fact Discovery Cutoff | July 30, 2014 |
| ALL | Expert Reports Due by the party who has the burden on the issue on which the expert will testify | August 8, 2014 |
| ALL | Designation of Rebuttal Expert Witnesses | August 30, 2014 |
| ALL | Rebuttal Expert Reports Due | September 30, 2014 |
| ALL | Expert Discovery Cutoff | October 15, 2014 |
| ALL | Dispositive Motion Filing Cutoff | October 22, 2014 |
| ALL | Responses to Dispositive Motions Due | November 17, 2014 |
| ALL | Replies to Dispositive Motions Due | December 10, 2014 |
| ALL | Pretrial Disclosures Due | February 24, 2015 |
| ALL | Pretrial Conference | March 10, 2015 3:30 pm |
| ALL | Parties to Exchange Final Exhibit and Witness Lists | March 16, 2015 |
| ALL | Jury Trial Begins | March 23, 2015 8:30 am |

1  Dated: April 9, 2014

2  By: /s/Jenna F. Karadbil
   Jenna F. Karadbil
3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   1540 Broadway
4  New York, New York 10036
   Telephone: (212) 858-1000
5  Facsimile: (212) 858-1500
   Email: jfk@pillsburylaw.com

6

*Attorneys for Plaintiff*
7  *MOUNT HAMILTON PARTNERS*

8

9  By: /s/James T. Hultquist
   James T. Hultquist (*pro hac vice*)
10 Jennifer Yule DePriest (*pro hac vice*)
   REED SMITH LLP
11 10 South Wacker Drive, 40th Floor
   Chicago, IL 60606-7507
12 Telephone: (312) 207-1000
   Facsimile: (312) 207-6400
13 Email: jhultquist@reedsmith.com

14 *Attorneys for Defendant*
   *GROUPON, INC.*

I, Jenna F. Karadbil, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 9, 2014          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Jenna F. Karadbil
Jenna F. Karadbil
jfk@pillsburylaw.com

Attorneys for Plaintiff MOUNT HAMILTON PARTNERS