| | |
|---|---|
| James T. Hultquist (pro hac vice) <br> jhultquist@reedsmith.com <br> Khurram N. Gore (pro hac vice) <br> kgore@reedsmith.com <br> REED SMITH LLP <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105-3659 <br> Telephone: (415) 543-8700 <br> Facsimile: (415) 391.8269 <br><br> *Attorneys for Defendant* <br> *GROUPON, INC.* | Callie A. Bjurstrom <br> callie.bjurstrom@pillsburylaw.com <br> California State Bar No. 137816 <br> Christopher K. Dorsey (pro hac vice) <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 501 West Broadway <br> San Diego, California 92101 <br> Telephone: (619) 234-5000 <br> Facsimile: (619) 236-1995 <br><br> Attorneys for Plaintiff <br> *MOUNT HAMILTON PARTNERS, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE** <br><br> [Civ. L.R. 6-2 & 7-12] |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton" or "Plaintiff") and Defendant Groupon, Inc. ("Groupon" or "Defendant"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Status Conference, for the following reasons:

1. The parties are currently conducting negotiations to resolve this action.

2. Pursuant to this Court's April 9, 2014 Pretrial Order (Dkt. No. 117), the parties are required to participate in a Status Conference on June 27, 2014.

1  3. Accordingly, in view of the ongoing dialogue between the parties to resolve this action, it is the belief of the parties that a continuance as to the date of the Status Conference will afford the parties an opportunity to resolve the outstanding areas of dispute. The parties hereby stipulate to and request the Court to continue the Status Conference from June 27, 2014 to July 18, 2014 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar. The requested continuance does not affect any other deadline ordered by the Court.

Dated: June 13, 2014

By: */s/ Christopher K. Dorsey*
     CHRISTOPHER K. DORSEY

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

Dated: June 13, 2014

By: */s/ Khurram Nasir Gore*
     JAMES T. HULTQUIST
     KHURRAM NASIR GORE

Attorneys for Defendant
GROUPON, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/13__, 2014

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**SIGNATURE ATTESTATION**

I, Adrian Shin, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 13, 2014                    REED SMITH LLP


                                        By: */s/ Khurram Nasir Gore*
                                            Khurram Nasir Gore
                                            Attorneys for Defendant
                                            GROUPON, INC.