| | |
|---|---|
| James T. Hultquist (pro hac vice)<br>jhultquist@reedsmith.com<br>Khurram N. Gore (pro hac vice)<br>kgore@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391.8269<br><br>*Attorneys for Defendant*<br>*GROUPON, INC.* | Callie A. Bjurstrom<br>callie.bjurstrom@pillsburylaw.com<br>California State Bar No. 137816<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>501 West Broadway<br>San Diego, California 92101<br>Telephone: (619) 234-5000<br>Facsimile: (619) 236-1995<br><br>Attorneys for Plaintiff<br>*MOUNT HAMILTON PARTNERS, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>[Civ. L.R. 6-2 & 7-12] |

      Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton" or "Plaintiff") and Defendant Groupon, Inc. ("Groupon" or "Defendant"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Status Conference and deadline for filing an updated joint case management statement, for the following reasons:

      1.      The parties have reached a settlement and are currently conducting negotiations to finalize an agreement to resolve this action.

      2.      Pursuant to this Court's April 9, 2014 Pretrial Order (Dkt. No. 117) and subsequent

Case No. 3:12-CV-1700

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT

1  order (Dkt. No. 120), the parties are required to participate in a Status Conference on July 18,
2  2014 and submit an updated joint case management statement on July 11, 2014.
3       3. Accordingly, in view of the parties reaching a settlement and the ongoing dialogue
4  between the parties to finalize an agreement to resolve this action, it is the belief of the parties that
5  a continuance as to the date of the Status Conference will afford the parties an opportunity to
6  resolve the outstanding areas of dispute.  The parties hereby stipulate to and request the Court to
7  continue the Status Conference from July 18, 2014 to August 8, 2014 at 3:00 p.m. or such other
8  date and time that is agreeable with the Court's calendar.  The requested continuance does not
9  affect any other deadline ordered by the Court.

Dated: July 11, 2014

By:  */s/ Callie A. Bjurstrom*
      CALLIE A. BJURSTROM

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

Dated:  July 11, 2014

By:  /s/ *James T. Hultquist*
      JAMES T. HULTQUIST
      KHURRAM NASIR GORE

Attorneys for Defendant
GROUPON, INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR
FILING UPDATED JOINT CASE MANAGEMENT STATEMENT

- 2 -                    Case No. 3:12-CV-1700

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_7/16\_\_\_, 2014

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**SIGNATURE ATTESTATION**

I, Callie Bjurstrom, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 11, 2014                    Pillsbury Winthrop Shaw Pittman LLP


By: */s/ Callie A. Bjurstrom*
    Callie A. Bjurstrom
    Attorney for Plaintiff
    MOUNT HAMILTON PARTNERS, LLC

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT

- 3 -                                              Case No. 3:12-CV-1700

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>**DECLARATION OF CALLIE A. BJURSTROM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT** |

I, Callie A. Bjurstrom, declare:

1. I am a partner at Pillsbury Winthrop Shaw Pittman LLP, counsel for Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton"), in the above-captioned action. The contents of this declaration are based upon my personal knowledge and are true and correct to the best of my knowledge and belief. If called upon I could and would testify competently thereto.

2. Mount Hamilton and Defendant Groupon, Inc. ("Groupon") have reached a settlement and are currently conducting negotiations to finalize an agreement to resolve this action and all related disputes.

3. Pursuant to the Pretrial Order, the parties are required to participate in a Status Conference on July 18, 2014 and submit an updated joint case management statement on July 11, 2014.

4. In view of the parties reaching a settlement and the ongoing dialogue between the parties to finalize an agreement to resolve this action, it is the belief of the parties that a continuance as to the date of the Status Conference and deadline for submit an updated joint case management statement will afford the parties an opportunity to resolve the outstanding areas of dispute.

5. The requested continuance is made in good faith and will not impact the schedule or the trial in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: July 11, 2014.

By */s/ Callie A. Bjurstrom*
Callie A. Bjurstrom

- 2 -                                                                                  Case No. 3:12-CV-1700
DECLARATION OF BJUSTROM IN SUPPORT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT

CALLIE A. BJURSTROM (State Bar No. 137816)
callie.bjurstrom@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 W. Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: (619) 234-5000
Facsimile No.: (619) 236-1995

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS LLC,<br><br>          Plaintiff,<br><br>   vs.<br><br>GROUPON, INC.,<br><br>          Defendant. | Case No. 3:12-cv-01700-SI<br><br>PROOF OF SERVICE<br><br>Judge:   Hon. Susan Illston |

I, Callie A. Bjurstrom, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Diego, California.

2. My email and business addresses are callie.bjurstrom@pillsburylaw.com, 501 W. Broadway, Suite 1100, San Diego, CA 92101-3575.

3. On July 11, 2014, I served a true copy of the documents titled exactly **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT**; and **DECLARATION OF CALLIE A. BJURSTROM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING**

1  **UPDATED JOINT CASE MANAGEMENT STATEMENT** were served via electronic

2  transmission to the following persons at the electronic-mail addresses so indicated:

3  James T. Hultquist
   REED SMITH LLP
4  10 South Wacker Drive, Suite 4000
   Chicago, IL 60606-7507
5  Telephone: (312) 207-1000
   Facsimile: (312) 207-6400
6  Email: jhultquist@reedsmith.com

7  Adrian Sue Shin (SBN 256960)
   REED SMITH LLP
8  101 Second Street, Suite 1800
   San Francisco, CA 94105-3659
9  Telephone: (415) 543-8700
   Facsimile: (415) 391-8269
10 Email: sshin@reedsmith.com

11     I declare under penalty of perjury that the foregoing is true and correct.  Executed

12 this 11th day of July, 2014, at San Diego, CA.

15                                    /s/ Callie A. Bjurstrom
                                         Callie A. Bjurstrom

705362364v1                     - 2 -                    PROOF OF SERVICE
                                                         Case No. 3:12-cv-1700 SI