James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
kgore@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
*GROUPON, INC.*

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>[Civ. L.R. 6-2 & 7-12] |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Mount Hamilton Partners, LLC ("Mount Hamilton" or "Plaintiff") and Defendant Groupon, Inc. ("Groupon" or "Defendant"), by and through their respective undersigned counsel, hereby jointly move the Court for an order continuing the scheduled date for a Status Conference and deadline for filing an updated joint case management statement, for the following reasons:

1. The parties have reached a settlement and are coordinating signature and payment of an agreement to resolve this action. The parties anticipate that they will file a stipulated

dismissal with prejudice within the next three weeks.

2. Pursuant to this Court's April 9, 2014 Pretrial Order (Dkt. No. 117) and subsequent order (Dkt. No. 122), the parties are required to participate in a Status Conference on August 8, 2014.

3. Accordingly, in view of the parties reaching a settlement, it is the belief of the parties that a continuance as to the date of the Status Conference will afford the parties an opportunity to resolve the outstanding areas of dispute. The parties hereby stipulate to and request the Court to continue the Status Conference from August 8, 2014 to September 5, 2014 at 3:00 p.m. or such other date and time that is agreeable with the Court's calendar, to allow the parties to complete execution of their settlement agreement and dismiss this action.

Dated: August 6, 2014

By: */s/ Callie A. Bjurstrom*
CALLIE A. BJURSTROM

Attorneys for Plaintiff
MOUNT HAMILTON PARTNERS, LLC

Dated: August 6, 2014

By: */s/ James T. Hultquist*
JAMES T. HULTQUIST
KHURRAM NASIR GORE

Attorneys for Defendant
GROUPON, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/6, 2014

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**SIGNATURE ATTESTATION**

I, Callie Bjurstrom, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 6, 2014

Pillsbury Winthrop Shaw Pittman LLP

By: */s/ Callie A. Bjurstrom*
Callie A. Bjurstrom
Attorney for Plaintiff
MOUNT HAMILTON PARTNERS, LLC