James T. Hultquist (pro hac vice)
jhultquist@reedsmith.com
Khurram N. Gore (pro hac vice)
kgore@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391.8269

*Attorneys for Defendant*
GROUPON, INC.

Callie A. Bjurstrom
callie.bjurstrom@pillsburylaw.com
California State Bar No. 137816
PILLSBURY WINTHROP SHAW
PITTMAN LLP
501 West Broadway
San Diego, California 92101
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Plaintiff
*MOUNT HAMILTON PARTNERS, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOUNT HAMILTON PARTNERS, LLC, <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant/Counterclaimant. | Case No. 3:12-CV-1700-SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, Plaintiff Mount Hamilton Partners, LLC and Defendant Groupon, Inc. hereby dismiss with prejudice all claims asserted against the other in this action. Each party shall bear its own costs, expenses and attorney's fees.

Dated: September 3, 2014        By:___*/s/ Callie A. Bjurstrom*___
                                CALLIE A. BJURSTROM
                                Attorneys for Plaintiff
                                MOUNT HAMILTON PARTNERS

Case No. 3:12-CV-1700
STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: September 3, 2014       By:  _s/s James T. Hultquist_
                                    JAMES T. HULTQUIST
                                    KHURRAM NASIR GORE
                                    Attorneys for Defendant
                                    GROUPON, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __9/3__, 2014

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

### SIGNATURE ATTESTATION

I, Callie Bjurstrom, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 3, 2014       Pillsbury Winthrop Shaw Pittman LLP

                               By: _/s/ Callie A. Bjurstrom_
                                   Callie A. Bjurstrom
                                   Attorney for Plaintiff
                                   MOUNT HAMILTON PARTNERS, LLC